## Johnston *v.* Allen, Admr. &c.

APPEAL from Pike Circuit Court.
Tried before the Hon. J. M. CARMICHAEL, Special Judge.

FOSTER, SAMFORD & CARROLL, for appellant.

G. J. HUBBARD and E. R. BRANNEN, for appellee.

This is a case in which A. A. Allen, as administrator of the estate of Stephen Jackson, deceased, sues to recover of the defendant $73, which sum had been deposited by M. J. Kaylor, a daughter of the deceased with the defendant, as the money of Stephen Jackson, deceased. The defendant, on the trial of the case, pleaded the general issue, in short by consent. There were a verdict and judgment for the plaintiff. Defendant appeals.

The judgment is reversed and the cause remanded.

Opinion by DOWDELL, J.

---

## Stovall, Calloway & Co. *et al. v.* Patterson & Evans.

APPEAL from Coosa Circuit Court.
Tried before the Hon. N. D. DENSON.

D. H. RIDDLE, for appellants.

L. E. PARSONS and GORDON MACDONALD, for appellees.

This was a suit brought by the appellees, Patterson & Evans against Stovall, Calloway & Co., and counted upon an attachment bond; the plaintiffs seeking to recover for wrongfully and vexatiously suing out an attachment against them by the defendants. There was judgment in favor of the plaintiffs. The defendants appeal.

The judgment is affirmed.

Opinion by HARALSON, J.